Gmail

Eric Campbell <401campbell@gmail.com>

## Demand Letter
1 message

**Eric Campbell** <401campbell@gmail.com>　　　　　　　　　　　　　　　　Tue, Feb 5, 2019 at 5:23 PM
To: jbelaw75@gmail.com

Mr. Ennis, we have sent you 2 letters and also sent 1 letter certified asking for a Spend Down on the retainer we gave you .My Wife also went to your office and hand delivered a letter asking for the Spend Down for the sum of 7,850 Please respond.

January 29, 2019

Eric Campbell and Kelly Campbell
80 Thomas Street
Pawtucket, RI 02860


John B. Ennis
1200 Reservoir Avenue
Cranston, RI 02920


Re: Spenddown Letter (2nd demand)


To John B. Ennis,

   My husband Eric and I, ask if you could please send my husband and I, the spenddown of the entire $7,850 in receipts that we gave you, (we are enclosing copies of the receipts) we also realized we made a mistake of stating you owe us 9,350 as we were counting the duplicate receipt of $1,500 that is dated for 5/2/2017 we will address the court accordingly to amend the exhibit in our, "Answer."
   We are indeed very alarmed that you did walked off of case when we did pay you to represent us in both the eviction case as well as the main case being the unlawful foreclosure case. My husband and I, would like for you to note that we have enclosed copies of our E-mails that shows we were in communication with you in regards to the illegal un-lawful foreclosure in which you actually sent us the, "Rhode Island Housing Modification Form" that we filled out and dropped it off to you at your office that you were supposed to file for us as we were secured you were handling this foreclosure matter for us.

   It is ironic that you stated on December 27, 2018 that you were not representing us but yet you took our money which comforted us that you were of course representing us properly and fully whereas you even stated you would just simply, "file a motion in the federal court and just flip the foreclosure." This matter is most grave for it has struck my husband down with a debilitating stroke that has paralyzed and disabled him, nevertheless we ask that you please send us the "Spenddown" of the $7,850 we gave you and could you please list each and every dollar spent.


                            Sincerely Yours,

                            Mr. and Mrs. Eric Campbell

*Eric L Campbell*

*Kelly Campbell*