ERIC CAMPBELL
KELLY CAMPBELL

Case No. 19=00079

Plaintiff

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION

Defendants.

# PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs' Eric Campbell and his wife, Kelly Campbell are respectively asking of the Honorable Court if you please may, allow a "28" day extension for the Plaintiffs' to file their "Opposition" to the Defendants', "Motion to Dismiss" specifically for the reasons listed:

1. Plaintiffs' are both acting as "Prose" with hardly any knowledge of the law that will enable them to put up a fair argument with the opposing council since the Plaintiffs' are not attorneys nor do they have an attorney representing them at this stage in the pending lawsuit against the Defendants.

2. Plaintiff, Eric Campbell is now disable from a recent stroke that was stress related and is

now limited physically and mentally as well as his wife, Kelly Campbell who now suffers from trauma and stress related illnesses has now sought out medical treatment due to the severity of her symptoms to cope with what has happened to them with their home which impairs us even more to handle a case like this on our own without the assistance of legal representation as we could surely fail in our pursuit of justice without proper council especially when we did hire an attorney to handle this matter for us whom at the last minute walked off of the case and took our money with him with no warning whatsoever. The Plaintiffs' did report the attorney's un-ethical behavior to the, "Supreme Court Ethics Board" as for now the Plaintiffs' are suffering severely with the effects of their attorney abandoning us and forcing us to try and represent ourselves at the last minute.

3. Under "Rule 6" of the Federal Rules of Civil Procedure, time may be extended for a good cause.

Because of this and the reasons set forth, the Plaintiffs' ask of the Honorable Court for an, "Extension of Time" of 28 days to respond and file their opposition to the Defendants', "Motion to Dismiss."

Eric and Kelly Campbell-Prose  
80 Thomas Avenue  
Pawtucket, RI 02860  
401-338-2217

*Eric Campbell*

*Kelly Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May of 2019, I mailed out a copy of the Plaintiffs' "Motion" to the Defendants' attorney, Nixon Peabody LLP at their place of business at One Citizen Plaza 5th floor, Providence, RI 02903.

*[signature]*

Kelly Campbell