UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC CAMPBELL and
KELLY CAMPBELL

    Plaintiffs,

v.

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION,

    Defendant.

C.A. No. 19-cv-00079-WES-LDA

**DEFENDANT RHODE ISLAND HOUSING AND MORTGAGE
FINANCE CORPORATION'S STATEMENT OF NO OPPOSITION**

Defendant Rhode Island Housing and Mortgage Finance Corporation ("RI Housing") hereby states that it has no opposition to the Motion for an Extension of time to File a Response [Docket No. 11] filed by Plaintiffs Eric and Kelly Campbell (collectively, the "Campbells").

This action is the third matter in which RI Housing and the Campbells are adverse parties. In the other two actions, the Campbells have engaged in a pattern and practice of delay, particularly at or after deadlines. RI Housing, consequently, reserves the right to object to any further requests for extension of time by the Campbells.

**RHODE ISLAND HOUSING AND
MORTGAGE FINANCE
CORPORATION**
By their Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: abatastini@nixonpeabody.com

Dated: May 28, 2019

4816-4000-5528.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2019, an exact copy of the within document was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system. *Pro se* parties in this matter were served by Registered Mail, return receipt requested, and U.S. Mail, first class postage prepaid, at the following address:

Eric and Kelly Campbell
80 Thomas Avenue
Pawtucket, RI 02860

/s/ Armando E. Batastini