UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC CAMPBELL and
KELLY CAMPBELL

                Plaintiffs,

v.

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION,

                Defendant.

C.A. No. 19-cv-00079-WES-LDA

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, pursuant to and in accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice and without costs to any party. All parties waive all rights to appeal.

**RHODE ISLAND HOUSING
AND MORTGAGE FINANCE
CORPORATION**
By their Attorneys,

_/s/ Armando E. Batastini_

Armando E. Batastini (#6016)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel:  (401) 454-1000
Fax:  (401) 454-1030
E-mail: abatastini@nixonpeabody.com

**ERIC CAMPBELL AND KELLY
CAMPBELL**
**Pro Se Plaintiffs,**

_/s/ Eric Campbell_

Eric Campbell
80 Thomas Avenue
Pawtucket, RI 02860

_/s/ Kelly Campbell_

Kelly Campbell
80 Thomas Avenue
Pawtucket, RI 02860

7

4813-0322-0632.1