# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ERIC CAMPBELL, et al.
    Plaintiffs,

    v.                                    C.A. No.   19-079-WES

RHODE ISLAND HOUSING AND MORTGAGE
FINANCE COROPORATION
    Defendant.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Text Order dated June 18, 2019, judgment is hereby entered dismissing this action with prejudice in accordance with Fed. R. Civ. P. 58.

June 18, 2019                          By the Court:

                                            /s/Hanorah Tyer-Witek,
                                            Clerk of Court